**Order entered July 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00293-CV

## THOMAS T. HEADEN III, Appellant

## V.

## ABUNDANT LIFE THERAPEUTIC SERVICES TEXAS, LLC, ET AL., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-15576

### ORDER

Before the Court is court reporter Antionette Reagor's July 10, 2022 request for a thirty-day extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than August 9, 2022.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE